IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIA N. BRODERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-1233-L |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

On September 5, 2007, Magistrate Judge Gary M. Purcell entered his Report and Recommendation in this action brought by plaintiff for judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of the defendant Commissioner denying her concurrent applications for disability insurance and supplemental security income benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(I), 423, 1382.  The Magistrate Judge recommended that the Commissioner's decision be reversed and remanded for further administrative proceedings.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed.  Upon *de novo* review,

the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the **decision of the Commissioner to deny plaintiff's applications for benefits is REVERSED.  The case is REMANDED to the Commissioner for further administrative proceedings consistent with the September 5, 2007 Report and Recommendation of the Magistrate Judge.**

It is so ordered this 12th day of October, 2007.

*Tim Leonard*
TIM LEONARD
United States District Judge